1  NIVEN & SMITH
   Stanley W. Smith (CSB No. 72728)
2  Leo M. LaRocca (CSB No. 115014)
   425 California Street, 15th Floor
3  San Francisco, CA 94104-2118
   Telephone: (415) 981-5451
4  Facsimile: (415) 433-5439

5  FOLGER LEVIN & KAHN LLP
   Gregory D. Call (CSB No. 120483, gcall@flk.com)
6  Tracy E. Reichmuth (CSB No. 215458, treichmuth@flk.com)
   Embarcadero Center West
7  275 Battery Street, 23rd Floor
   San Francisco, CA 94111
8  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
9
   Attorneys for Plaintiff Cal-Agrex, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAL-AGREX, INC., a California corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>DEE VAN TASSELL, JERRY GOODWIN, and DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No. C07-00964SC<br><br>**STIPULATION REGARDING EXPERT DISCOVERY** |

WHEREAS the parties have agreed to a brief extension of the deadlines for designations of expert witnesses; THEREFORE

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that:

(1) The parties' deadline for designating expert witnesses shall be extended from October 14, 2008 to November 5, 2008.

(2) The deadline for designating rebuttal expert witnesses shall be extended to December 5, 2008.

**IT IS SO STIPULATED.**

Dated: October 9, 2008                                         FOLGER LEVIN & KAHN LLP

/s/ Tracy E. Reichmuth
Attorneys for Plaintiff Cal-Agrex, Inc.

Dated: October 9, 2008                                         WORKMAN NYDEGGER A PROFESSIONAL CORPORATION

/s/ Janna J. Lewis
Attorneys for Defendant Jerry Goodwin

Dated: October 9, 2008

/s/ Dee Van Tassell
Dee Van Tassell
Defendant (Pro Se)

I attest that the content of this document is acceptable to the above signatories.

Dated:  October 9, 2008                                        /s/ Tracy E. Reichmuth

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October __15__, 2008            _____
                                        Honorable
                                        United States

*IT IS SO ORDERED*
*Judge Samuel Conti*

-1-                STIPULATION REGARDING EXPERT DISCLOSURES
                                  CASE NO. C07-00964SC

# PROOF OF SERVICE

I, Kimberly Harris, state:

My business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San Francisco, California 94111. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**STIPULATION REGARDING EXPERT DISCOVERY**

on the following person(s) in this action:

| | |
|---|---|
| **Sterling A. Brennan** | **Dee Van Tassell** |
| **Janna J. Lewis** | **941 Eaton Road** |
| **Workman Nydegger, P.C.** | **Weiser, ID 83672** |
| **1000 Eagle Gate Tower** | |
| **60 East South Temple** | |
| **Salt Lake City, Utah 84111** | |

☒ <u>BY FIRST CLASS MAIL</u>: I am employed in the City and County of San Francisco where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

☐ <u>BY MESSENGER SERVICE</u>: I served the document(s) identified above by placing them in an envelope or package addressed to the person(s) listed above and providing them to a professional messenger service for service. A declaration of personal service by the messenger is attached.

☐ <u>BY OVERNIGHT DELIVERY</u>: I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, in an envelope or package designated by the overnight delivery carrier with delivery fees paid or provided for. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, or by delivering to a courier or driver authorized by the overnight delivery carrier to receive documents.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on October 9, 2008, at San Francisco, California.

Kimberly Harris

18046\2001\619944.1